## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT BOYER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case # 6:09-cv-01040-MLB-DWB |
| | ) |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

ROBERT BOYER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NATIONAL CREDIT ADJUSTERS, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:    /s/ Patrick Cuezze
Patrick Cuezze
Kansas Bar No. 19766
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
Pcuezze@consumerlawcenter.com
(312) 578-9428
(866) 802-0021 (fax)
Attorney for Plaintiff

1